UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 12-23475-BKC-PGH
IN RE:                                                     Chapter 11 Proceeding

MT'S CHOP HOUSE OF
VERO BEACH, LLC

    Debtors.
_____/

### THE DEBTOR'S, MT'S CHOP HOUSE OF VERO BEACH, LLC, MOTION TO CONVERT TO CHAPTER 7

The Debtor, **MT'S Chop House of Vero Beach, LLC**, hereby files this its Motion to Convert to Chapter 7, and states:

1.    This matter was filed as a voluntary Chapter 11 proceeding on behalf of MT's Chop House of Vero Beach, LLC (hereinafter referred to as "Debtor") on May 31, 2012. The Debtor has continued to operate as a Debtor-in-Possession.

2.    The Debtor entered into a Lease Agreement (hereinafter referred to as "Lease") with CMC Vero, LLC (hereinafter referred to as "CMC") on December 15, 2008, for the real property located at 1555 Ocean Drive, Vero Beach, FL 32963. The Debtor utilized the leased premises as its primary location, and the Lease ran from January 1, 2009 through January 1, 2011.

3.    Pursuant to the terms of the Lease, after the expiration date of January 1, 2011, the Lease converted to month to month lease and could be terminated at any time upon ninety (90) days written notice. Prior to the filing, the Debtor was delinquent in the lease payments. CMC filed a Motion for Relief from the Automatic Stay on July 12, 2012. The Court granted this motion on August 23, 2012.

4.    As a result of CMC obtaining stay relief, the Debtor was required to vacate the premises, and shut down the operations.

5.    Based upon the aforementioned facts, the Debtor hereby respectfully requests that the matter be converted to a proceeding under Chapter 7.

**WHEREFORE**, the Debtor, **MT's Chop House of Vero Beach, LLC,** respectfully request that the Court enter an Order converting this matter to a proceeding under Chapter 7.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the *Debtors' Motion to Convert to Chapter 7* was furnished by CM/ECF on the 7th day of October 2012 to:

Brett A Elam on behalf of Debtor MT's Chop House of Vero Beach, LLC
belam@brettelamlaw.com,
info@brettelamlaw.com;mreitzell@brettelamlaw.com;amanda@brettelamlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

And by electronic mail and regular U.S. Mail on the 7th day of October 2012 to:

Tom Tierney
ttierney@verobeachlawyers.com
2101 Indian River Blvd #200
Vero Beach, FL 32960

        BRETT A. ELAM, ESQ.
        BRETT A. ELAM, P.A.
        Attorney for Debtor
        105 South Narcissus Avenue
        Suite 802
        West Palm Beach, FL 33401
        (561) 833-1113 (telephone)
        (561) 833-1115 (facsimile)

  By: _____/S/_____
        BRETT A. ELAM
        Florida Bar No. 576808